Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 20, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 20, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01024-CV

____________

 

IN RE LAKEWOOD FOREST FUND, INC.,
Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 30, 2005, relator filed a
petition for writ of mandamus in this court. 
See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In its petition, relator sought to have this
court compel the Honorable Reece Rondon, presiding judge of the 234th District
Court, to grant relator=s second amended plea in abatement, order joinder of each
property owner in the subdivision, and grant its motion for leave to designate
responsible third parties, all in cause number 2003-26690, styled Lakewood
Forest Fund, Inc. v. Arthur R. Montemayor, Sally S. Chesser and Jess E.
Chesser.

Relator has not established that it is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed October 20, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.